IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| VISAR DIDA, ) | |
| A94 506 703, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:08CV356 |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| U.S. Department of Homeland Security; ) | |
| RICHARD GOTTLIEB, Officer-in-Charge, ) | |
| U.S. Department of Homeland Security, ) | |
| Bureau of Citizenship Immigration Services, ) | |
| Charlotte Office; ROBERT S. MUELLER, ) | |
| III, Director of the Federal Bureau of ) | |
| Investigation; JONATHAN SCHARFEN, ) | |
| Acting Director, U.S. Department of ) | |
| Homeland Security, Bureau of Citizenship ) | |
| and Immigration Services; MICHAEL B. ) | |
| MUKASEY, Attorney General of the United ) | |
| States, ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER

Federal Defendants Chertoff, Gottlieb, Mueller, Scharfen and Mukasey ("Federal Defendants"), in their official capacities, have moved to amend their Motion to Dismiss Filed on November 10, 2008. It appears that Plaintiff consents to this Motion to Amend. For the reasons stated in Federal Defendants' Motion to Amend, for good cause shown, for the reasons stated at bar, and it appearing that Plaintiff consents,

IT IS THEREFORE ORDERED that Federal Defendants are GRANTED leave to amend their Motion to Dismiss and

IT IS FURTHER ORDERED that leave is GRANTED to have filed in its place Federal Defendants' First Amended Motion to Dismiss.

**SO ORDERED**.

Signed: November 12, 2008

Carl Horn, III
United States Magistrate Judge