IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-356-C

| | |
|---|---|
| VISAR DIDA,<br><br>　　　　Plaintiff,<br>　vs.<br><br>MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, et. al.,<br><br>　　　　Defendants. | ORDER |

**THIS MATTER** is before the Court on the Plaintiff's oral Motion for an extension of time to respond to the Defendants' "First Amended Motion to Dismiss" (document #11-2) and for good cause shown, the Plaintiff's Motion is granted and the time within which the Plaintiff may file his response to the Defendants' "First Amended Motion to Dismiss" (document #11-2) is extended to **January 5, 2009.**

　　　　**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　Signed: December 5, 2008

　　　　　　　　　　　　　　　　　　　_Carl Horn, III_
　　　　　　　　　　　　　　　　　　　Carl Horn, III
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge